# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Alejandro Villanueva, et al.

        Plaintiffs,                Civil 08-1505 (PAM/JJK)

v.

                                 **ORDER OF DISMISSAL**

Ervin Grulkowski, et al.

        Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: February __3__ , 2009

                                          s/Paul A. Magnuson
                                          Paul A. Magnuson, Judge
                                          United States District Court